Motion GRANTED. Extensions as requested.

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:17-00010 |
| | ) | JUDGE TRAUGER |
| EMMETT WAYNE TOLBERT, III | ) | |

### MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

Comes Emmett Wayne Tolbert, III, through undersigned counsel, and moves this Honorable Court for an extension of time of seven days to file pretrial motions. On April 5, 2017, undersigned counsel was appointed to represent Mr. Tolbert, and he was arraigned on April 10, 2017. Counsel for Mr. Tolbert avers that she has recently received from the government the discovery in this case. Additional time is needed to review the discovery with Mr. Tolbert, to complete the investigation of this matter, and to thoroughly evaluate this case prior to the filing of pretrial motions.

An extension of time up to May 15, 2017, is requested.

Respectfully submitted,

/s/ *Mariah A. Wooten*
MARIAH A. WOOTEN (BPR# 006259)
First Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: mariah_wooten@fd.org
Attorney for Emmett Wayne Tolbert, III